41 So.2d 925

## Marion SMITH v. STATE.
### 6 Div. 787.

Court of Appeals of Alabama.
May 3, 1949.

Rehearing Denied July 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

38 So.2d 206

## Ollie, alias Bo, SMITH v. STATE.
### 6 Div. 621.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 926

## Wilburn R. SMITH v. STATE.
### 6 Div. 710.

Court of Appeals of Alabama.
March 29, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

41 So.2d 925

## Ben SNIPES v. STATE.
### 6 Div. 722.

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 925

## Clarence Edward SNOW v. STATE.
### 6 Div. 750.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

40 So.2d 915

## Thos. C. SPITZER v. STATE.
### 3 Div. 903.

Court of Appeals of Alabama.
April 19, 1949.

H. C. Rankin, of Brewton, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.